UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VINCENT TODD HOWARD PETITIONER

V. CIVIL ACTION NO. 3:26-CV-19-KHJ-LGI

WARDEN RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the [12] Report and Recommendation of United States Magistrate Judge Michael T. Parker. The [12] Report recommends dismissing without prejudice Petitioner Vincent Todd Howard's ("Howard") [1] Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. R. & R. [12] at 9. Written objections to the [12] Report were due by October 9, 2026. *See id.* The [12] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* No party objected to the [12] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days after being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly erroneous, abuse of discretion and contrary to law' standard of review." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Howard is an inmate at the Federal Correctional Complex in Yazoo City, Mississippi. [12] at 1. He seeks habeas relief, contending that the Bureau of Prisons

miscalculated his First Step Act ("FSA") time credit, unlawfully paused the FSA time credits' accrual, arbitrarily inflated his custody score, and violated his Due Process rights by not providing him with a Disciplinary Hearing Officer report. Pet. [1] at 2–3. The United States opposes the relief because Howard failed to exhaust administrative remedies, among other reasons. Resp. [8] at 2–4. The Magistrate Judge recommends dismissing the [1] Petition without prejudice because Howard failed to exhaust his administrative remedies or identify any extraordinary circumstances warranting waiver of the exhaustion requirement. [12] at 3, 8–9.

Finding the [12] Report neither clearly erroneous, an abuse of discretion, nor contrary to law, the Court ADOPTS the [12] Report and DISMISSES this case without prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 23rd day of November, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE